1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEITH KOMARNICKI, on behalf of          No. 1:16-cv-01602-DAD-SKO
     himself and all others similarly situated,,
12
                    Plaintiff(s),            **AMENDED SCHEDULING ORDER**
13
         v.
14
     LINKUS ENTERPRISES, LLC, et al.,
15
                    Defendants.
16

17

18          On August 22, 2017, a scheduling conference was held.  David Leimbach, Esq., and Sarah

19   Schalman-Bergen, Esq., appeared telephonically on behalf of Plaintiff.  Joseph Macias, Esq.,

20   appeared telephonically on behalf of Defendant LinkUs Enterprises, LLC, and Marlene Muraco,

21   Esq., appeared on behalf of Defendants DISH Network L.L.C. and DISH Network California

22   Service Corporation.

23          The Court set the following deadlines:

24          1.      Class certification discovery shall be completed by no later than February 26,

25                  2018.

26          2.      The motion for class certification shall be filed by no later than April 27, 2018.

27          3.      Any opposition to the motion for class certification shall be filed by no later than

28                  May 25, 2018.

4.      Any reply brief in support of the motion for class certification shall be filed by no later than June 22, 2018.

5.      The motion for class certification shall be heard by no later than July 17, 2018, at 9:30 a.m., in Courtroom 5 before the Honorable Dale A. Drozd, United States District Judge.

6.   A mid-discovery status conference to set further scheduling dates is set for September 25, 2018, at 10:15 a.m. in Courtroom 7 before U.S. Magistrate Judge Sheila K. Oberto.  Telephonic appearances are approved, and all parties intending to appear telephonically shall coordinate one conference call to the Court at (559) 499-5790 at the appointment time.  By no later than September 18, 2018, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a status report providing (a) dates agreed upon by all counsel for all remaining deadlines, and (b) an updated status of the case.

IT IS SO ORDERED.

Dated:   **August 22, 2017**                         /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE