Carolyn Hunt Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com

*Additional Counsel on the following page*

Attorneys for Plaintiff and the proposed Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH KOMARNICKI, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LINKUS ENTERPRISES, LLC, LINKUS ENTERPRISES, INC., LINKUS CA, DISH NETWORK SERVICE CORPORATION, DISH NETWORK CALIFORNIA SERVICE CORPORATION, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:16-cv-01602-DAD-SKO<br><br>**JOINT STIPULATION AND ORDER TO MODIFY PLAINTIFF'S CLASS CERTIFICATION DISCOVERY DEADLINE AND BRIEFING SCHEDULE**<br><br>**(Doc. 56)**<br><br>Date Removed: October 21, 2016<br>Judge: Sheila K. Oberto |

Sarah R. Schalman-Bergen (*pro hac vice*)
Camille Fundora (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

Attorneys for Plaintiff and the proposed Class


S. BRETT SUTTON 143107
brett@suttonhague.com
JARED HAGUE 251517
jared@suttonhague.com
JUSTIN VECCHIARELLI 298684
justin@suttonhague.com
SUTTON HAGUE LAW CORPORATION
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500

Attorneys for Defendant
LINKUS ENTERPRISES, LLC


MARLENE S. MURACO, Bar No. 154240
NEDA N. DAL CIELO, Bar No. 161982
JOSE MACIAS, JR., Bar No. 265033
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone:   408.998.4150
Facsimile:   408.288.5686

Attorneys for Defendants
DISH NETWORK SERVICE CORPORATION
and DISH NETWORK CALIFORNIA SERVICE
CORPORATION

Pursuant to Local Rules 143, this Stipulation is entered into by and between Plaintiff Keith Komarnicki ("Plaintiff"), Defendants LinkUs Enterprises, LLC, ("LinkUs"), DISH Network L.L.C., and Dish Network California Service Corporation (the latter two Defendants are referred to jointly as "Dish Network," LinkUs and Dish Network are referred to collectively as "Defendants"), based upon the following facts:

WHEREAS, Plaintiff's case was removed to this Court on October 21, 2016, and Plaintiff filed his First Amended Complaint on April 19, 2017;

WHEREAS, Plaintiff served his written discovery requests to Defendant on April 14, 2017, and agreed to multiple extensions for Defendants' deadline to respond to Plaintiff's written discovery until after Defendants' motion to stay was resolved;

WHEREAS, after Defendant's motion to stay was denied, on August 23, 2017, this Court entered an amended scheduling order providing a a deadline of February 26, 2018 for the completion of class certification discovery; and a briefing schedule on Plaintiff's class certification motion, which set Plaintiff's deadline to file his motion for class certification on April 27, 2018; Defendant's deadline to file an opposition on May 25, 2018; Plaintiff's deadline to file a reply on June 22, 2018; and the Court's hearing on Plaintiff's class certification motion is scheduled for July 17, 2018;

WHEREAS, the Parties are currently in the midst of exchanging responses to written discovery, and are actively meeting and conferring over multiple outstanding discovery issues;

WHEREAS, the Parties are currently in the midst of meeting and conferring over the terms of a stipulated protective order with respect to the Parties' exchange of written discovery;

WHEREAS, in addition to written discovery, the Parties will also require the taking of depositions prior to Plaintiff's class certification motion. The Parties are meeting and conferring over the scheduling of Plaintiff's deposition and a Rule 30(b)(6) deposition.

1     WHEREAS, Plaintiff contends that the discovery outlined above will potentially conserve both the Parties' and the Court's resources by crystalizing the scope of claims before engaging in class certification briefing;

    WHEREAS, this Stipulation is not entered for dilatory or any other improper purpose, and will not result in prejudice to any party if granted;

    NOW THEREFORE, based on the foregoing, the Parties hereby stipulate as follows:

1. The deadline for the completion of class certification discovery, currently set for February 26, 2018, is is CONTINUED to **June 26, 2018**;
2. The deadline for Plaintiff to file his motion for class certification, currently set for April 27, 2018, is CONTINUED to **August 27, 2018**;
3. The deadline for Defendants to file an opposition to Plaintiff's class certification motion, if any, currently set for May 25, 2018, is CONTINUED TO **September 25, 2018**;
4. The deadline for Plaintiff's reply in support of Plaintiff's class certification motion, if any, currently set for June 22, 2018, is CONTINUED to **October 22, 2018**;
5. The hearing on Plaintiff's motion for class certification, currently set July 17, 2018, is CONTINUED to **November 20, 2018, at 9:30 a.m. in Courtroom 7** before the Honorable Sheila K. Oberto, United States Magistrate Judge.

IT IS SO STIPULATED

Date: January 17, 2018                      Respectfully Submitted,

/s/ *Carolyn H. Cottrell*_____
Carolyn Hunt Cottrell (SBN 166977)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com

Attorneys for Plaintiff and the proposed Class

DATED: January 17, 2018       SUTTON HAGUE LAW CORPORATION, P.C.

By:   /s/ *S. Brett Sutton*
     S. BRETT SUTTON
     Attorneys for Defendants
     LINKUS ENTERPRISES, LLC


DATED: January 17, 2018       LITTLER MENDELSON, P.C.

By:   /s/ *Jose Macias, Jr.*
     MARLENE S. MURACO
     NEDA N. DAL CIELO
     JOSE MACIAS, JR.
     Attorneys for Defendants
     DISH NETWORK SERVICE CORPORATION
     AND DISH NETWORK CALIFORNIA
     SERVICE CORPORATION

| | | |
|---|---|---|

**ORDER**

Based on the parties' above-stipulation to modify the class certification briefing schedule (Doc. 56), and good cause appearing pursuant to Fed. R. Civ. P. 16(b)(4), the Court hereby GRANTS the stipulation and modifies its August 23, 2017, order (Doc. 54) as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Class certification discovery cut-off | February 26, 2018 | June 26, 2018 |
| Class certification motion filing | April 27, 2018 | August 27, 2018 |
| Class certification motion opposition filing | May 25, 2018 | September 25, 2018 |
| Class certification motion reply filing | June 22, 2018 | October 22, 2018 |
| Class certification motion hearing | July 17, 2018 | November 20, 2018[1] |

To allow the Court the opportunity to rule on Plaintiff's class certification motion, the mid-discovery status conference currently set for September 25, 2018, is hereby VACATED and RESET for January 17, 2019.

These extensions do not alter any other scheduling deadlines, as no other deadlines or dates have been set in this matter.

IT IS SO ORDERED.

Dated: **January 19, 2018**       /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The parties indicate in their stipulation that Plaintiff's motion for class certification will be heard before the undersigned. **The motion will be heard before U.S. District Court Judge Dale A. Drozd at 9:30 a.m. in Courtroom 5.**