Carolyn Hunt Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com

*Additional Counsel on the following page*

Attorneys for Plaintiff and the proposed Class

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH KOMARNICKI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKUS ENTERPRISES, LLC, LINKUS ENTERPRISES, INC., LINKUS CA, DISH NETWORK SERVICE CORPORATION, DISH NETWORK CALIFORNIA SERVICE CORPORATION, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:16-cv-01602-DAD-SKO<br><br>**JOINT STIPULATION TO MODIFY PLAINTIFF'S CLASS CERTIFICATION DISCOVERY DEADLINE AND BRIEFING SCHEDULE; ORDER**<br><br>**(Doc. 60)**<br><br>Date Removed: October 21, 2016<br>Judge: Sheila K. Oberto |

Sarah R. Schalman-Bergen (*pro hac vice*)
Camille Fundora (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

Attorneys for Plaintiff and the proposed Class


S. BRETT SUTTON 143107
brett@suttonhague.com
JARED HAGUE 251517
jared@suttonhague.com
JUSTIN VECCHIARELLI 298684
justin@suttonhague.com
SUTTON HAGUE LAW CORPORATION
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500

Attorneys for Defendant
LINKUS ENTERPRISES, LLC


MARLENE S. MURACO, Bar No. 154240
NEDA N. DAL CIELO, Bar No. 161982
JOSE MACIAS, JR., Bar No. 265033
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113-2303
Telephone:    408.998.4150
Facsimile:    408.288.5686

Attorneys for Defendants
DISH NETWORK SERVICE CORPORATION
and DISH NETWORK CALIFORNIA SERVICE
CORPORATION

STIPULATION TO MODIFY PLAINTIFF'S CLASS CERTIFICATION DISCOVERY DEADLINE AND BRIEFING SCHEDULE; ORDER
*Komarnicki v. LinkUs Enterprises, LLC, et al.*; Case No. 1:16-cv-01602-DAD-SKO

Pursuant to Local Rule 143, this Stipulation is entered into by and between Plaintiff Keith Komarnicki ("Plaintiff"), Defendants LinkUs Enterprises, LLC ("LinkUs"), DISH Network L.L.C., and Dish Network California Service Corporation (the latter two Defendants are referred to jointly as "Dish Network," LinkUs and Dish Network are referred to collectively as "Defendants"), based upon the following facts:

WHEREAS, Plaintiff's case was removed to this Court on October 21, 2016, and Plaintiff filed his First Amended Complaint on April 19, 2017;

WHEREAS, Plaintiff served his written discovery requests to Defendant on April 14, 2017. Multiple extensions for Defendants' deadline to respond to Plaintiff's written discovery were granted, and Defendants were ultimately relieved of their obligation to respond to Plaintiff's discovery until LinkUs's motion to stay was resolved;

WHEREAS, after extensive meet and confer efforts involving multiple telephone conferences and numerous letters and emails, the Parties have executed a proposed Stipulated Protective Order and Clawback Agreement, Defendants have begun production of documents that do not involve electronically stored information ("ESI"), and the Parties anticipate that production of Defendants' electronically stored information will begin shortly;

WHEREAS, the Parties are currently engaged in additional meet and confer to finalize the scope and mechanics of the ESI productions;

WHEREAS, in addition to written discovery, the Parties will also require the taking of depositions prior to Plaintiff's class certification motion and after the Parties have reviewed written discovery;

WHEREAS, this Court entered an amended scheduling order on January 22, 2018 (Doc. 57) setting deadlines of June 26, 2018 for the completion of class certification discovery; August 27, 2018 for Plaintiff to file his motion for class certification; September 25, 2018 for Defendants to oppose the motion for class certification; October 22, 2018 for Plaintiff to reply in support of the motion for class certification; along with a hearing date for the motion for class certification of November 20, 2018 at

---
STIPULATION TO MODIFY PLAINTIFF'S CLASS CERTIFICATION DISCOVERY DEADLINE AND BRIEFING SCHEDULE; ORDER
*Komarnicki v. LinkUs Enterprises, LLC, et al.*; Case No. 1:16-cv-01602-DAD-SKO
1

9:30 a.m. before U.S. District Judge Dale A. Drozd and a mid-discovery status conference on January 17, 2019 before U.S. Magistrate Judge Sheila K. Oberto, pursuant to the Parties' stipulation;

WHEREAS, the Parties agree that additional time is required to conduct class certification discovery, and Plaintiff contends that the discovery outlined above will potentially conserve both the Parties' and the Court's resources by crystalizing the scope of claims before engaging in class certification briefing;

WHEREAS, this Stipulation is not entered for dilatory or any other improper purpose, and will not result in prejudice to any party if granted;

NOW THEREFORE, based on the foregoing, the Parties hereby stipulate as follows:

1. The deadline for the completion of class certification discovery, currently set for June 26, 2018, is CONTINUED to **September 26, 2018**;
2. The deadline for Plaintiff to file his motion for class certification, currently set for August 27, 2018, is CONTINUED to **November 20, 2018**;
3. The deadline for Defendants to file an opposition to Plaintiff's class certification motion, if any, currently set for September 25, 2018, is CONTINUED TO **December 20, 2018**;
4. The deadline for Plaintiff's reply in support of Plaintiff's class certification motion, if any, currently set for October 22, 2018, is CONTINUED to **January 21, 2019**;
5. The hearing on Plaintiff's motion for class certification, currently set November 20, 2018, is CONTINUED to **February 19, 2019, at 9:30 a.m. in Courtroom 5** before the Honorable Dale A. Drozd, U.S. District Judge.

IT IS SO STIPULATED

DATED: May 18, 2018                               Respectfully Submitted,

/s/ *Carolyn Hunt Cottrell*
Carolyn Hunt Cottrell (SBN 166977)
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400

Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com

Attorneys for Plaintiff and the proposed Class

DATED: May 18, 2018     SUTTON HAGUE LAW CORPORATION, P.C.

By:    /s/ *S. Brett Sutton*
       S. BRETT SUTTON
       Attorneys for Defendants
       LINKUS ENTERPRISES, LLC

DATED: May 18, 2018     LITTLER MENDELSON, P.C.

By:    /s/ *Marlene S. Muraco*
       MARLENE S. MURACO
       NEDA N. DAL CIELO
       JOSE MACIAS, JR.
       Attorneys for Defendants
       DISH NETWORK SERVICE CORPORATION
       AND DISH NETWORK CALIFORNIA
       SERVICE CORPORATION

# ORDER

Based on the parties' above-stipulation to modify the class certification briefing schedule (Doc. 60), and good cause appearing pursuant to Fed. R. Civ. P. 16(b)(4), the Court hereby GRANTS the stipulation and modifies its January 22, 2018 order (Doc. 57) as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Class certification discovery cut-off | June 26, 2018 | September 26, 2018 |
| Class certification motion filing | August 27, 2018 | November 20, 2018 |
| Class certification motion opposition filing | September 25, 2018 | December 20, 2018 |
| Class certification motion reply filing | October 22, 2018 | January 21, 2019 |
| Class certification motion hearing | November 20, 2018 | February 19, 2019, at 9:30 a.m. (before the Honorable Dale A. Drozd, U.S. District Judge, in Courtroom 5) |

To allow the Court the opportunity to rule on Plaintiff's class certification motion, the mid-discovery status conference currently set for January 17, 2019, is hereby CONTINUED to April 23, 2019, at 10:15 A.M. in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.

IT IS SO ORDERED.

Dated: **May 22, 2018**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE