Carolyn Hunt Cottrell (SBN 166977)
David C. Leimbach (SBN 265409)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com
dleimbach@schneiderwallace.com

Attorneys for Plaintiff and the proposed Class

*Additional Counsel on the following page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH KOMARNICKI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINKUS ENTERPRISES, LLC, DISH NETWORK L.L.C., DISH NETWORK CALIFORNIA SERVICE CORPORATION, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:16-cv-01602-DAD-SKO<br><br>**STIPULATION OF DISMISSAL; ORDER**<br><br>**(Doc. 66)**<br><br>Judge: Honorable Dale A. Drozd<br>Date Removed: October 21, 2016<br>First Amended Complaint filed: April 19, 2017 |

STIPULATION OF DISMISSAL; ORDER
*Komarnicki v. LinkUs Enterprises, LLC, et al.*; Case No. 1:16-cv-01602-DAD-SKO

Sarah R. Schalman-Bergen (*pro hac vice*)
Camille Fundora (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-3000
Fax: (215) 875-4604

Attorneys for Plaintiff and the proposed Class


S. BRETT SUTTON 143107
brett@suttonhague.com
JARED HAGUE 251517
jared@suttonhague.com
JUSTIN VECCHIARELLI 298684
justin@suttonhague.com
SUTTON HAGUE LAW CORPORATION
5200 N. Palm Avenue, Suite 203
Fresno, California 93704
Telephone: (559) 325-0500

Attorneys for Defendant
LINKUS ENTERPRISES, LLC


MARLENE S. MURACO, Bar No. 154240
JOSE MACIAS, JR., Bar No. 265033
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113-2303
Telephone:    408.998.4150
Facsimile:    408.288.5686

Attorneys for Defendants
DISH NETWORK L.L.C., DISH NETWORK
CALIFORNIA SERVICE CORPORATION

# STIPULATION

Pursuant to Federal Rule of Procedure 41, this Stipulation of Dismissal is entered into by and between Plaintiff Keith Komarnicki ("Plaintiff") and Defendants LinkUs Enterprises, LLC, DISH Network L.L.C., and Dish Network California Service Corporation (collectively, "Defendants"), based upon the following facts:

WHEREAS, Plaintiff's case was removed to this Court on October 21, 2016, and Plaintiff filed his operative First Amended Complaint on April 19, 2017;

WHEREAS, in his First Amended Complaint, Plaintiff asserts wage and hour claims on an individual and putative class basis pursuant to Federal Rule of Procedure 23, and pursuant to the California Labor Code Private Attorneys General Act ("PAGA");

WHEREAS, Plaintiff has not filed a motion for class certification, and no class has been certified, in this action;

WHEREAS, Plaintiff and Defendants have negotiated and consummated a settlement between them, which fully resolves all claims alleged by Plaintiff on an individual basis;

WHEREAS, Defendants deny that there is a factual or legal basis for Plaintiff's claims and allegations, and deny that Plaintiff's claims may be certified to proceed on a class basis;

WHEREAS, pursuant the settlement, Plaintiff and Defendants agree that Plaintiff will dismiss all of his individual claims with prejudice, including the claims he has asserted under PAGA;

WHEREAS, Plaintiff and Defendants agree that Plaintiff's dismissal with prejudice of the claims he has asserted under PAGA is not intended to affect the State of California's ability to pursue civil penalties pursuant to the California Labor Code;

WHEREAS, Plaintiff and Defendants agree that Plaintiff will dismiss his putative class claims claims without prejudice;

WHEREAS, Plaintiff and Defendants agree that they are each to bear their own attorneys' fees and costs with respect to this action;

NOW THEREFORE, based on the foregoing, the Parties hereby stipulate and request that the Court dismiss the above-captioned action in its entirety, with each Party to bear their own attorneys' fees and costs, as follows:

1. Plaintiff's individual claims and PAGA shall be dismissed with prejudice; and
2. Plaintiff's putative class claims shall be dismissed without prejudice;

**IT IS SO STIPULATED**

DATED: December 26, 2018　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　／s／ *Carolyn Hunt Cottrell*
　　　　　　　　　　　　　　　　　　　　　　　Carolyn Hunt Cottrell (SBN 166977)
　　　　　　　　　　　　　　　　　　　　　　　SCHNEIDER WALLACE
　　　　　　　　　　　　　　　　　　　　　　　COTTRELL KONECKY WOTKYNS LLP
　　　　　　　　　　　　　　　　　　　　　　　2000 Powell Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　　　　Emeryville, California 94608
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (415) 421-7100
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (415) 421-7105
　　　　　　　　　　　　　　　　　　　　　　　ccottrell@schneiderwallace.com

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff and the proposed Class

DATED: December 26, 2018　　　　　　　　　SUTTON HAGUE LAW CORPORATION, P.C.

　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Jared Hague*
　　　　　　　　　　　　　　　　　　　　　　　S. BRETT SUTTON
　　　　　　　　　　　　　　　　　　　　　　　JARED HAGUE
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　　LINKUS ENTERPRISES, LLC

DATED: December 26, 2018　　　　　　　　　LITTLER MENDELSON, P.C.

　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Marlene S. Muraco*
　　　　　　　　　　　　　　　　　　　　　　　MARLENE S. MURACO
　　　　　　　　　　　　　　　　　　　　　　　NEDA N. DAL CIELO
　　　　　　　　　　　　　　　　　　　　　　　JOSE MACIAS, JR.
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　　　DISH NETWORK L.L.C. AND DISH
　　　　　　　　　　　　　　　　　　　　　　　NETWORK CALIFORNIA SERVICE
　　　　　　　　　　　　　　　　　　　　　　　CORPORATION

| | |
|---|---|
| 1 | **ORDER** |
| 2 | On December 26, 2018, the parties filed the above stipulation dismissing Plaintiff's individual |
| 3 | and California Labor Code Private Attorneys General Act ("PAGA") claims with prejudice, and |
| 4 | dismissing Plaintiff's putative class claims without prejudice. (Doc. 66.) |
| 5 | In light of the parties' stipulation, Plaintiff's individual and PAGA claims have been dismissed |
| 6 | with prejudice, Plaintiff's putative class claims have been dismissed without prejudice, and this action |
| 7 | has been terminated. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 |
| 8 | (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case. |

IT IS SO ORDERED.

Dated: **December 28, 2018**            /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE

—